# Exhibit A



# Notice of Service of Process

null / ALL  
Transmittal Number: 32108568  
Date Processed: 08/22/2025

| | |
|---|---|
| Primary Contact: | Shannon Shaw<br>Delta Air Lines, Inc<br>1030 Delta Blvd<br>Dept 982<br>Atlanta, GA 30354-1989 |
| Electronic copy provided to: | Corena Perla<br>Meg Taylor<br>Victor Ector<br>Andre Lecour<br>Laura Dieudonne<br>Valeria Cometto |
| Entity: | Delta Air Lines, Inc.<br>Entity ID Number 2078129 |
| Entity Served: | Delta Air Lines, Inc. |
| Title of Action: | Littiece Jones vs. Delta Air Lines, Inc. |
| Matter Name/ID: | Littiece Jones vs. Delta Air Lines, Inc. (17787492) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Discrimination |
| Court/Agency: | Wayne County Circuit Court, MI |
| Case/Reference No: | Not Shown |
| Jurisdiction Served: | Michigan |
| Date Served on CSC: | 08/22/2025 |
| Answer or Appearance Due: | 28 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Littiece Jones<br>313-515-9797 |

Notes: Summons/complaint is regarding discrimination claims brought by employee Littiece Jones. Money amount for damages was not specified.

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC  
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | **SUMMONS** | **CASE NUMBER** |

**Court address:** Wayne County Circuit Court (3rd Judicial Court)

**Court telephone number:** 313-967-6938

**Plaintiff's name, address, and telephone number:**
Littiece Jones
45014 Trails Ct.
Canton, MI 48187
313-515-9797

v

**Defendant's name, address, and telephone number:**
Delta Air Lines, Inc
1030 Delta Blvd. Dept 852
Atlanta, GA 30354  404-715-2600
c/o Registered Agent: CSC Lawyer
Incorporating Service
2410 Belle Chase Way, Ste 60
Lansing, MI 48911  302-421-6...

**Plaintiff's attorney bar number, address, and telephone number:**
Pro Se

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☑ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☑ US District Court / OALJ DOL Court, where it was given case number 2:24-CV-11224 / 2025AIR00008 and assigned to Judge DeClercq / Judge Larsen.

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**  MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

JIS Code: OSF

| STATE OF MICHIGAN<br>___ JUDICIAL DISTRICT<br>___ JUDICIAL CIRCUIT<br>___ COUNTY | FEE WAIVER REQUEST | CASE NUMBER and JUDGE |
|---|---|---|

Court address: Wayne County Circuit Court (Third Judicial Court)   Court telephone number: 313-967-6938

Plaintiff/Petitioner's name, address, and telephone number:
Littiece Jones
45014 Trails Ct.
Canton, MI 48187
313-515-9797

v

Defendant/Respondent's name, address, and telephone number:
Delta Air Lines, Inc.
1030 Delta Blvd. Dept 852
Atlanta, GA 30354
C/O Registered Agent: CSC Lawyer's Incorp
Service 3410 Belle Chase Way, Ste 600
Lansing, MI 48911

Plaintiff/Petitioner's attorney, bar number, address, and telephone number:
Pro Se

Defendant/Respondent's attorney, bar number, address, and telephone number:

In the matter of _____

**Instructions:** Complete this form and file it with the court. If this request is filed by a prisoner, a certified statement of the prisoner's trust account showing a current balance and a 12-month history of deposits and withdrawals must accompany this form. After you receive a decision on your request, you must serve your request and the decision on the other party(ies).

I request a waiver of my filing fees for the following reason: (Check 1, 2, or 3)

☑ 1. I receive the following type(s) of public assistance because of indigence:
  ☑ Food Assistance Program through the State of Michigan (also known as FAP or SNAP)
  ☑ Medicaid (including Healthy Michigan, CHIP, and ESO)
  ☐ Family Independence Program through the State of Michigan (also known as FIP or TANF)
  ☐ Women, Infants, and Children benefits (WIC)
  ☐ Supplemental Security Income through the federal government (SSI)
  ☐ Other means-tested public assistance: _____
  My public assistance case number(s) (if any) is  1029l7661 .
  Write "none" if no case number. Do not write your Social Security Number

☐ 2. I am represented by a legal services program or I receive assistance from a law school clinic because of indigence.
  The name of the legal services program or law school clinic is
  _____

☐ 3. I am unable to pay the fees and I did not check item 1 or 2 above.
  My gross household income is $ _____ every _____.
  Week/Two weeks/Month/Year
  The number of people in my household is _____.
  My source of income is _____.
  List assets and their worth, such as bank accounts. If you need more space, attach a separate sheet.

List obligations and how much you pay, such as rent or other debts. If you need more space, attach a separate sheet.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date: 8/18/2025   Signature: Littiece Jones

Approved, SCAO
Form MC 20, Rev. 9/23
MCR 2.002
Page 1 of 2

Distribute form to:
Court
Applicant
Other parties
Friend of the court (when applicable)

SRA

Fee Waiver Request  (9/23)  
Page 2 of 2

Case Number _____

**CLERK WAIVER**

1. Payment of filing fees is waived.

_____
Signature of court clerk and date

**ORDER**

**IT IS ORDERED:**

☐ 1. Payment of filing fees is waived because:
- ☐ a. Your gross household income is under 125% of the federal poverty guidelines.
- ☐ b. Your gross household income is above 125% of the federal poverty guidelines, but payment of the fees would constitute a financial hardship for you.
- ☐ c. Other:

If you become able to pay the fees before this case is resolved, you must notify the court.

☐ 2. The fee waiver request is denied because:
- ☐ a. Your gross household income is above 125% of the federal poverty guidelines and payment of the fees would not constitute a financial hardship for you
- ☐ b. Other:

_____
Judge/Magistrate (when authorized) signature and date

**NOTICE**

**IF YOUR REQUEST WAS DENIED:** To continue your case and preserve your filing date, you have 14 days from the issue date below to pay the filing fees or request a review. To request a review, fill out a Request for Review of Denied Fee Waiver (form MC 114) and file it with the court.

_____
Issue date (completed by clerk)

JIS Code: POM

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | PROOF OF MAILING | CASE NO. and JUDGE |
|---|---|---|

**Court address:** Wayne County Circuit Court (Third Judicial Court)   **Court telephone no.:** 313-967-68__

**Plaintiff's name, address, and telephone no.:**
Littiece Jones
45014 Trails Ct.
Canton, MI 48187
313-515-9797

v

**Defendant's name, address, and telephone no.:**
Delta Air Lines, Inc.
1030 Delta Blvd. Dept 852
Atlanta, GA 30354   404-715-2600
c/o Registered Agent: CSC Lawyers Incorporating Service, 3410 Belle Chase Way Ste 600
Lansing, MI 48911   302-421-6165

**Plaintiff's attorney, bar no., address, and telephone no.:**

**Defendant's attorney, bar no., address, and telephone no.:**

In the matter of _____

On the date below I sent by first-class mail a copy of Summons, Complaint, Proof of Mailing, MDCR denial letter

to: List names and addresses:
Delta Air Lines, Inc
c/o Registered Agent: CSC Lawyers Incorporating Service
3410 Belle Chase Way
Ste 600
Lansing, MI 48911

I declare under the penalties of perjury that this proof of mailing has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

**Date:** 8/18/2025

**Signature:** Littiece Jones
**Name (type or print):** Littiece Jones

Approved, SCAO
Form MC 302, Rev. 3/21
MCR 2.107(C)(3),(D)
Page 1 of 1

SRA



| GRETCHEN WHITMER<br>GOVERNOR | STATE OF MICHIGAN<br>DEPARTMENT OF CIVIL RIGHTS<br>DETROIT | JOHN E. JOHNSON, JR<br>EXECUTIVE DIRECTOR |
|---|---|---|

July 18, 2025

Littiece Jones
45014 Trails Court
Canton, MI 48187

RE: Reconsideration Request
    MDCR Case#: 657039
    Littiece Jones v Delta Airlines Incorporated

Dear Littiece Jones:

Our department received your request for reconsideration of the decision not to accept a formal complaint from you.

Pursuant to the Michigan Department of Civil Rights (MDCR) work-share agreement, with the Equal Employment Opportunity Commission (EEOC), your civil rights complaints will be investigated by the EEOC. All of your complaints will be addressed in EEOC case 471-2024-05664. This includes your failure to accommodate on December 30, 2024, and discipline on January 1, 2025, due to religion and disability. If you feel that all your claims are not adequately articulated in EEOC's Charge of Discrimination, those matters should be addressed with your assigned EEOC investigator. MDCR does not duplicate EEOC investigations. Furthermore, your state civil rights complaints per statute do not require exhaustion of state administrative remedies, if you chose to file directly in state court to pursue your state complaints. Additionally, MDCR does not have statutory authority to charge religious accommodations complaints.

Therefore, your request for reversal of the department's decision not to accept a formal complaint from you is **denied**.

This letter constitutes the Department's final decision that it will not issue a charge on your behalf. Per Rule 37.18 of the Michigan Civil Rights Commission Rules provides,

> Any party claiming to be aggrieved by a final...refusal to issue a charge, may appeal to the circuit court of the state of Michigan having jurisdiction provided by law within 30 days of the date of service of [this] appealable order.

Sincerely,

David Stringer
Reconsideration Attorney
Phone: (313) 456-3794
Fax: (313) 456-3837

## STATE OF MICHIGAN
## DEPARTMENT OF CIVIL RIGHTS
Detroit Office
3054 West Grand Boulevard, Suite 3-600
Detroit MI 48202

Littiece Jones v Delta Airlines Incorporated
MDCR Complaint No.: 657039
To: Lovely Lady <lrbj_99@yahoo.com>

### ELECTRONIC (email) PERSONAL PROOF OF SERVICE

I, David Stringer, swear or affirm that I am a legally competent adult and that I served a copy of the Reconsideration Appeal Request Denial Letter, upon the following person or entity:

Name and electronic address of service: Lovely Lady <lrbj_99@yahoo.com>

Day and date of service: July 18, 2025

Email Address of Personal Service: Lovely Lady <lrbj_99@yahoo.com>

Personal service was provided to the person at their last known email address:

_____   7/18/25
Signature of Server            Date

David Stringer, Recon Tty
Title of MDCR Employee

CD

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | COMPLAINT<br>Page 1 of 8 pages | CASE NO. and JUDGE |
|---|---|---|

Court address: Wayne County Circuit Court (Third Judicial court)
Court telephone no.: 313-967-6938

Plaintiff's name, address, and telephone no.:
Littiece Jones
45014 Trails Ct.
Canton, MI 48187
313-515-9797

v

Defendant's name, address, and telephone no.:
Delta Air Lines, Inc.
1030 Delta Blvd. Dept 852
Atlanta, GA 30354
c/o Registered Agent: CSC Lawyers
Incorporating Service
3410 Belle Chase Way, Ste 600
Lansing, MI 48911
404-715-2600 / 302-421-6100

Plaintiff's attorney, bar no., address, and telephone no.:
Pro Se

## COMPLAINT & JURY DEMAND

37,110

### PARTIES

1. Plaintiff, Littiece Jones, is a resident of Wayne County, Michigan.

2. Defendant, Delta Air Lines, Inc., is a corporation authorized to do business in Michigan and employs persons, including Plaintiff, in Wayne County.

Date: 8/18/2025

Signature: Littiece Jones

Approved, SCAO Form
MC 01a, Rev. 6/19
Page 1 of 1

Distribute form to:
Court
Defendant
Plaintiff
Return                          SRA

Rita Causey   8/20/2025 4:22 PM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   25-012917-CD

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | COMPLAINT<br>Page 2 of 8 pages | CASE NO. and JUDGE |
|---|---|---|

Court address: Wayne County Circuit Court / Third Judicial court)    Court telephone no.: 313-967-6938

Plaintiff's name, address, and telephone no.:
Littiece Jones
45014 Trails Ct.
Canton, MI 48187
313-515-9797

v

Defendant's name, address, and telephone no.:
Delta Air Lines, Inc.
1030 Delta Blvd. Dept 852
Atlanta, GA 30354
c/o Registered Agent: CSC Lawyers Incorporating Service
3410 Belle Chase Way, Ste 600
Lansing, MI, 48911
404-715-2600 / 302-421-6100

Plaintiff's attorney, bar no., address, and telephone no.:
Pro Se

## JURISDICTION & VENUE

3. This Court has jurisdiction pursuant to Michigan law, including but not limited to:

- Elliott-Larsen Civil Rights Act (ELCRA), MCL 37.2101 et seq.
- Persons with Disabilities Civil Rights Act (PWDCRA), MCL 37.1101 et seq.
- Whistleblowers' Protection Act (WPA), MCL 15.361 et seq.
- Michigan Occupational Safety and Health Act (MIOSHA), MCL 408.1001 et seq.
- Workers' Disability Compensation Act (MCL 418.301(13)).
- Bullard-Plawecki Employee Right to Know Act (MCL 423.501 et seq.).
- Michigan Human Trafficking & Involuntary Servitude provisions (MCL 750.462a–i).

4. Venue is proper in Wayne County under MCL 600.1621 because the claims arose in this county.

Date: 8/18/2025

Signature: Littiece Jones

Approved, SCAO Form
MC 01a, Rev. 6/19
Page 1 of 1

Distribute form to:
Court
Defendant
Plaintiff
Return    SRA

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | COMPLAINT<br>Page 3 of 8 pages | CASE NO. and JUDGE |
|---|---|---|

Court address: Wayne County Circuit Court (Third Judicial court)   Court telephone no.: 313-967-6938

Plaintiff's name, address, and telephone no.:
Littiece Jones
45014 Trails Ct.
Canton, MI 48187
313-515-9797

v

Defendant's name, address, and telephone no.:
Delta Air Lines, Inc.
1030 Delta Blvd - Dept 852
Atlanta, GA 30354
c/o Registered Agent: CSC Lawyers
Incorporating Service
3410 Belle Chase Way, Ste 600
Lansing, MI, 48911
404-715-2600 / 302-421-6100

Plaintiff's attorney, bar no., address, and telephone no.:
Pro Se

## FACTUAL ALLEGATIONS

5. Plaintiff began employment with Delta and its subsidiary on October 8, 2012, and has worked for Defendant for more than 13 years.

6. Plaintiff is a qualified individual with both physical and mental disabilities, including PTSD, Generalized Anxiety Disorder, Long COVID, and musculoskeletal injuries.

7. Plaintiff is a qualified individual with physical and mental disabilities, including PTSD, Generalized Anxiety Disorder, and physical impairments caused by workplace injuries.

8. Plaintiff is also a practicing Seventh Day Adventist Christian, whose sincerely held religious beliefs prohibit her from working from Friday sundown to Saturday sundown.

9. Defendant revoked Plaintiff's previously long held religious and disability accommodations.

10. Plaintiff again on 12/30/2024, 8/01/2025, and ongoing requested reasonable disability and religious accommodations, including but not limited to employee policies and procedures, access to restrooms, scheduling flexibility, shift bidding assistance, and system access.

11. Defendant denied or failed to meaningfully accommodate these requests, and retaliated against Plaintiff.

12. On January 1, 2025, Defendant suspended Plaintiff and placed her on involuntary leave despite medical clearance to return to work in retaliation and discrimination of protected activity.

Date: 8/18/2025

Signature: Littiece Jones

Approved, SCAO Form
MC 01a, Rev. 6/19
Page 1 of 1

Distribute form to:
Court
Defendant
Plaintiff
Return                                       SRA

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | COMPLAINT Page 4 of 8 pages | CASE NO. and JUDGE |
|---|---|---|
| Court address: Wayne County Circuit Court (Third Judicial court) | | Court telephone no. 313-967-6938 |
| Plaintiff's name, address, and telephone no.: Littiece Jones 45014 Trails Ct. Canton, MI 48187 313-515-9797 | v | Defendant's name, address, and telephone no.: Delta Air Lines, Inc. 1030 Delta Blvd. Dept 852 Atlanta, GA 30354 c/o Registered Agent: CSC Lawyers Incorporating Service 3410 Belle Chase Way, Ste 600 Lansing, MI, 48911 404-715-2600 / 302-421-6100 |
| Plaintiff's attorney, bar no., address, and telephone no.: Pro Se | | |

13. Also on January 1, 2025, Defendent wrote up Plaintiff for an alleged incident that occurred on Saturday(Sabbath), July 27, 2024- over 5 months earlier. This was done in close proximity and immediately after Plaintiff's notice to Defendant on 12/30/2024 for reporting or intending to report claims of discrimination, retaliation, etc for protected classes and Plaintiff's request for accommodations of protected classes on December 30, 2024.

14. On August 8, 2025, Defendant again suspended Plaintiff due to alleged failure to comply with bidding, which was in fact a failure to accommodate her disabilities and religious observances, and in retaliation for Plaintiff's protected activities.

15. Plaintiff has repeatedly reported workplace safety violations and compliance failures, including hazards cited by OSHA/MIOSHA and FAA-required manuals and safety procedures.

16. Plaintiff engaged in protected activity under the Whistleblowers' Protection Act and MIOSHA by reporting unsafe conditions, discrimination, and retaliation.

17. Defendant retaliated by locking Plaintiff out of systems, denying access to bidding, issuing threats of "employment review," and excluding her from opportunities.

18. Defendant subjected Plaintiff to increased scrutiny, disparate treatment, and false disciplinary write-ups.

19. Supervisors and Leaders engaged in employee journaling to create a false paper trail against Plaintiff tied to her protected activities.

20. Plaintiff was subjected to ethnic intimidation, harassment, and derogatory remarks, creating a hostile environment based on race, religion, and disability.

21. Plaintiff contributed significant time and resources to Delta's DEI Advisory program, for which she was never reimbursed.

22. Plaintiff has been denied back pay, wages, holiday pay, vacation time, and accrued PPT time since at least August 13, 2024.

Date: 8/18/2025

Signature: Littiece Jones

Approved, SCAO Form
MC 01a, Rev. 6/19
Page 1 of 1

Distribute form to:
Court
Defendant
Plaintiff
Return

SRA

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | COMPLAINT Page 5 of 8 pages | CASE NO. and JUDGE |
|---|---|---|

Court address: Wayne County Circuit Court (Third Judicial court)    Court telephone no.: 313-967-6938

Plaintiff's name, address, and telephone no.:
Littiece Jones
45014 Trails Ct.
Canton, MI 48187
313-515-9797

v

Defendant's name, address, and telephone no.:
Delta Air Lines, Inc.
1030 Delta Blvd. Dept 852
Atlanta, GA 30354
c/o Registered Agent: CSC Lawyers
Incorporating Service
3410 Belle Chase Way, Ste 600
Lansing, MI, 48911
404-715-2600 / 302-421-6100

Plaintiff's attorney, bar no., address, and telephone no.:
Pro Se

23. Defendant also engaged in conduct amounting to trafficking and involuntary servitude by forcing Plaintiff and other employees to work under unsafe conditions, threatening retaliation, withholding wages, and exploiting vulnerabilities.

24. Plaintiff and her minor dependents were victims of trafficking/child exploitation of which Defendant was aware; one dependent was a direct victim and witness in federal cases and investigations.

25. Plaintiff and one minor dependent were direct victims and witnesses in federal human trafficking/child exploitation cases and investigations, of which Delta was aware. Defendant's continued conduct exacerbated Plaintiff's trauma and subjected her and her dependents to further harm.

26. Plaintiff has suffered irreparable harm, including emotional and mental distress, loss of FAA First-Class Medical clearance and certifications necessary for her aviation career, loss of Delta Propel program opportunities, and harm to her ability to organize for safer workplace conditions.

27. Plaintiff continues to suffer damages, including reputational harm, denial of benefits, and economic loss.

28. Plaintiff requested access to her personnel file under the Bullard-Plawecki Act and was denied or obstructed.

29. Plaintiff has or will suffer irreparable harm including but not limited to emotional distress, lost FAA First-Class medical certification, lost path to Delta's Propel program (unique employee-to-pilot track), loss of professional opportunities, loss of wages/benefits, and damage to national aviation safety and workplace organizing efforts.

Date: 8/18/2025

Signature: Littiece Jones

Approved, SCAO Form
MC 01a, Rev. 6/19
Page 1 of 1

Distribute form to:
Court
Defendant
Plaintiff
Return                                SRA

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | COMPLAINT<br>Page 6 of 8 pages | CASE NO. and JUDGE |
|---|---|---|

Court address: Wayne County Circuit Court (Third Judicial court)  Court telephone no.: 313-967-6938

Plaintiff's name, address, and telephone no.:
Littiece Jones
45014 Trails Ct.
Canton, MI 48187
313-515-9797

v

Defendant's name, address, and telephone no.:
Delta Air Lines, Inc.
1030 Delta Blvd. Dept 852
Atlanta, GA 30354
c/o Registered Agent: CSC Lawyers Incorporating Service
3410 Belle Chase Way, Ste 600
Lansing, MI, 48911
404-715-2600 / 302-421-6100

Plaintiff's attorney, bar no., address, and telephone no.:
Pro Se

## CLAIMS

Count I – Disability Discrimination (PWDCRA)

Count II – Failure to Accommodate (PWDCRA / ELCRA)

Count III – Religious Discrimination & Failure to Accommodate (ELCRA; Michigan Constitution Art I, §4)

Count IV – Retaliation (ELCRA, PWDCRA)

Count V – Whistleblower Retaliation (WPA, MCL 15.361 et seq.)

Count VI – Retaliation for Safety Reporting (MIOSHA, MCL 408.1001 et seq.)

Count VII – Workers' Compensation Retaliation (MCL 418.301(13))

Count VIII – Violation of Bullard-Plawecki Employee Right to Know Act (MCL 423.501 et seq.)

Count IX – Human Trafficking, Forced Labor, and Involuntary Servitude (MCL 750.462a–i)

Count X – Ethnic Intimidation & Harassment (MCL 750.147b, common law torts)

Date: 8/18/2025

Signature: Littiece Jones

Approved, SCAO Form
MC 01a, Rev. 6/19
Page 1 of 1

Distribute form to:
Court
Defendant
Plaintiff
Return

SRA

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | COMPLAINT Page 7 of 8 pages | CASE NO. and JUDGE |
|---|---|---|
| Court address: Wayne County Circuit Court / Third Judicial court | | Court telephone no. 313-967-6938 |
| Plaintiff's name, address, and telephone no.: Littiece Jones, 45014 Trails Ct., Canton, MI 48187, 313-515-9797 | v | Defendant's name, address, and telephone no.: Delta Air Lines, Inc. 1030 Delta Blvd. Dept 852 Atlanta, GA 30354 c/o Registered Agent: CSC Lawyers Incorporating Service 3410 Belle Chase Way, Ste 600 Lansing, MI 48911 404-715-2600 / 302-421-6100 |
| Plaintiff's attorney, bar no., address, and telephone no.: Pro Se | | |

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant, and grant the following relief:

a. Compensatory damages, including back pay, lost wages, benefits, holiday pay, vacation, PPT time, and DEI reimbursements;

b. Punitive and exemplary damages as permitted by law;

c. Injunctive relief ordering Defendant to reinstate Plaintiff with full accommodations and system access;

d. An order compelling Defendant to correct and expunge false records and provide full access to Plaintiff's personnel file;

e. Damages for emotional distress, ethnic intimidation, harassment, and hostile work environment;

f. An order requiring Defendant to cease retaliation, discrimination, and involuntary servitude practices;

g. Attorney's fees, costs, and interest (if later represented);

h. Any other relief this Court deems just and proper.

Date: 8/18/2025

Signature: Littiece Jones

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | COMPLAINT<br>Page 8 of 8 pages | CASE NO. and JUDGE |
|---|---|---|

Court address: Wayne County Circuit Court (Third Judicial court)     Court telephone no.: 313-967-6938

Plaintiff's name, address, and telephone no.:
Littiece Jones
45014 Trails Ct.
Canton, MI 48187
313-515-9797

v

Defendant's name, address, and telephone no.:
Delta Air Lines, Inc.
1030 Delta Blvd - Dept 852
Atlanta, GA 30354
c/o Registered Agent: CSC Lawyers
Incorporating Service
3410 Belle Chase Way, Ste 600
Lansing, MI, 48911
404-715-2600 / 302-421-6100

Plaintiff's attorney, bar no., address, and telephone no.:
Pro Se

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

**Pro Se and Accommodation Notice**

Plaintiff files this Complaint pro se. Plaintiff is a person with documented physical and mental disabilities and hereby requests reasonable accommodations under the ADA and Michigan Court Rules to fully and fairly participate in these proceedings. Plaintiff also files in good faith within statutory deadlines and reserves the right to amend this Complaint to correct technical or procedural errors.

Respectfully submitted,

Dated: August 18, 2025

/s/ Littiece Jones

Plaintiff, Pro Se

45014 Trails Ct

Canton, MI 48187

313-515-9797

LRBJ_99@yahoo.com

Date: 8/18/2025

Signature: /s/ Littiece Jones

Approved, SCAO Form
MC 01a, Rev. 6/19
Page 1 of 1

Distribute form to:
Court
Defendant
Plaintiff
Return

SRA




FROM: Littiece Jones, Pro Se
45014 Trails Ct.
Canton, MI 48187

TO: Delta Air Lines,
c/o Registered Agent:
CSC Lawyers Incorp.
Service
3410 Belle Chase Way
STE 600
Lansing, MI 48911